USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RAFAEL ROSA PASTOR, Individually and on Behalf : ECF
of All Other Persons Similarly Situated,
: 10 Civ. 7890 (DAB)(THK)
                 Plaintiff,

   -against-

KNIGHT SECURITY SERVICES, INC.,
THREE O'S LLC,
EDWARD TROIANO, MIKE GIRALDO,
and JOHN DOES #1-10,

                Defendants.
---------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiffs RAFAEL ROSA PASTOR, OLAIYA AYENI, BYRON BOYKIN, PERCY CORADIN, ARMANDO DAVILA, TERENCE FITGERALD, FREDERIQUE CLEASIN, MICHAEL OSZUSTOWISCZ, ELIJAH RESPETO, FERNANDO ROBINSON, JOHN YANKEE, ANDRE BLAKE, and CHRISTOPHER ROMIG ("Named Plaintiffs"), and dismissed without prejudice and without costs or attorneys' fees to any party as to the members of the alleged putative class action and/or collective action other than the Named Plaintiffs. This Stipulation does not prejudice the rights, if any, of the members of the alleged putative class action and/or collective action other than the Named Plaintiffs. ~~The Court retains~~

~~jurisdiction over this matter to enforce the settlement agreement between the parties.~~ *DAB 10/25/11*

Dated: New York, New York
September 21, 2011

**LAW OFFICE OF WILLIAM COUDERT RAND**

*/s/ WCR*

William C. Rand, Esq.
228 East 45th Street, 17th Floor
New York, New York 100117
Phone: (212) 286-1425
*Attorneys for Plaintiff*

**KANE & KESSLER, P.C.**

*/s/ Lauren Dayton* 9/26/11

Jeffrey H. Daichman, Esq.
Judith A. Stoll, Esq.
Lauren M. Dayton, Esq.
1350 Avenue of the Americas
New York, New York 10019
Phone: (212) 541-6222
*Attorneys for Defendants*

SO ORDERED

*/s/ Deborah A. Batts*

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
10/25/11